BHL/WED

# ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

CLERK USDC EDWI
FILED
2024 AUG 19 P 3:37

IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

Trevonn D. Smith

vs

(Full name of defendant(s))

City of Milwaukee

Milwaukee Police Department

City of Milwaukee common council

officer John Doe 1, officer John Doe 2, Sgt. ~~Santiago~~ Santiago (First name unknown), John Doe councilman 1

Case Number:

24cv1048 BHL/WED

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   Dodge Correctional Institution P.O. Box 700 Waupun, WI 53963
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant Sgt. ~~Santiago~~ Santiago (first name unknown), et. al
_____
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __City of Milwaukee__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Milwaukee Police Department (5th district)__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On Feb. 25, 2019 my 2008 Acura rdx was towed by Milwaukee police department (5th district) and impounded in the city tow lot. While the reason for seizing the vehicle is not being disputed. Subsequent handling of the matter did violate the plaintiffs 14th amendment due process rights as well, as well as various local, state, and federal statues, subjecting him to cruel and unusual punishment (8th Amendment). Specifically, while incarcerated plaintiff did notify the city of Milwaukee police department impound lot, that Anntannetta Townes was assigned full authority over finances and property as attorney in fact. Attorney in fact Ms. Townes also notified both agencies, furnishing proof

Attachment One (Complaint) – 2

of her authority to act on behalf of the plaintiff and requested the procedure and balance owed concerning the impounded vehicle. Between Feb 2019 and Feb 2022 the plaintiff and his attorney in fact reached out to the city of Milwaukee police department and impound more than 30 times between letter and phone calls yet no response was provided in approximately April of 2022 the plaintiff on his own motion did address the matter with the court and following a favorable ruling ordering the return of his property the plaintiff and the court was informed by the city attorney that the vehicle was destroyed bacIc in 2019 without providing any legal advice the honorable Judge David Feiss advised the plaintiff of possible grounds for a lawsuit. On or about October 2023 plaintiff did grieve the matter in front of the Milwaukee common council, in a attempt to resolve the matter locally during this hearing council member John Doe seemingly disregared all facts and due process rights while focusing on plaintiffs criminal background - his decision clearly made prior to any argument. It was around this time plaintiff discovered Sgt. Santiago (Milwaukee police department) did sign of on the destruction of the property even after verifying ownership by sending officer John Doe 1 and Officer John Doe 2 to Morror car dealership, in violation with city policy state statue. It is suspected that based on previous exchanges the city of Milwaukee police department initated this action as a result of racial profiling and discrimination against the plaintiff, as well as targeting him on his prior conviction. This abuse of power caused the loss of Irreplaceble mementos including his daughters baby book and a jewerly cross urn that contained his beloved grandmothers ashes. The emotional duress and subsequent post tramtic stress still impacts the plaintiffs mental and emotional well being today for which damages are requested.

Attachment One (Complaint) – 3
Case 2:24-cv-01048-BHL     Filed 08/19/24     Page 3 of 5     Document 1

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plaintiff seeks injunctive ordering the City of Milwaukee to review policies concerning the destruction of property and to establish a formal notification process prior to any destruction or sale. Plaintiff seeks from each defendant 375,000 in general damages or up to statutory limit and 500,000 per defendant in punitive damages to be payable to a new created indowment that provides eductional grants to children with a incarcerated parent, or of impoverished means, titled Mary Townes foundation in my beloved grandmothers name.

E.  **JURY DEMAND**

☐ Jury Demand – I want a jury to hear my case
OR
☒ Court Trial – I want a judge to hear my case

Dated this __15__ day of __August__ 20__24__.

Respectfully Submitted,

*[signature]*
Signature of Plaintiff

_____
Plaintiff's Telephone Number

Kierrap3times@gmail.com
Plaintiff's Email Address

Dodge Correctional Institution

P.O. Box 700 Waupun, WI 53963
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.