# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| TREVONN D. SMITH, <br> *Plaintiff* <br> v. <br> CITY OF MILWAUKEE, et al., <br> *Defendants* | Civil Action No. 24-cv-1048-bhl |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: this case is DISMISSED without prejudice based on Plaintiff's failure to pay the filing fee.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Brett H. Ludwig.

Date: 10/29/24

*CLERK OF COURT*

s/Julie D.
*Signature of Clerk or Deputy Clerk*